JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN LIONEL WALKER,<br>Plaintiff,<br>v.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>Defendant. | Case No. 2:20-cv-8270-SK<br>**JUDGMENT** |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: February 8, 2022

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE